[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-11768
Non-Argument Calendar

_____

D.C. Docket No. 6:11-cr-00218-CEH-GJK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

IVOR ADOLPHUS DAVIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 17, 2012)

Before CARNES, HULL and JORDAN, Circuit Judges.

PER CURIAM:

Tom Dale, appointed appellate counsel for Ivor Davis in this direct criminal

appeal, has moved to withdraw from further representation of the appellant, and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Davis's conviction and sentence are **AFFIRMED**.